CELIA MATIAS v. KATHLEEN CISTERNINO, ET AL.

SOSANNA SAMUEL, ET AL. v. KATHLEEN CISTERNINO, ET AL.

September 7, 1988.

Petition for certification denied.

IRENE BLAUSTEIN, ET AL. v. THE COUNTY OF BERGEN, WIND-JAMMER, INC., ET AL.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HAYWOOD BRAXTON.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN A. SPARANO.

September 7, 1988.

Petition for certification denied.